UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 05-CR-10102 JLT |
| v. ) | |
| JOHN BRUENS, MARY STEWART, ) MELISSA VAUGHN, and ) MARC SIROCKMAN ) | |
| Defendants. ) | |

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF COURT:

Attorneys Tracy A. Miner and McKenzie E. Webster, of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enter their appearance as counsel for defendant Marc Sirockman in the above referenced action.

Respectfully submitted,

MARC SIROCKMAN

By his attorneys,

/s/ Tracy A. Miner
Tracy A. Miner (BBO #547137)
McKenzie E. Webster (BBO #651204)
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

DATED: May 2, 2005

LIT 1518221v1