✎AO 458 (Rev.  USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF                MASSACHUSETTS

UNITED STATES

v.                                    **APPEARANCE**

BRUENS, ET AL

Case Number:    05-CR-10102-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

October 25, 2005
Date

Signature

Susan M. Poswistilo                    565581
Print Name                                        Bar Number

408 Atlantic Avenue, Room 5
Address

Boston                        MA        02110
City                                State                    Zip Code

(617) 748-3267            (617) 748-3675
Phone Number                                    Fax Number