UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 05-CR-10102 JLT |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN BRUENS, MARY STEWART, | ) | |
| MELISSA VAUGHN, and | ) | |
| MARC SIROCKMAN | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR APPEARANCE OF
<u>DEMME JOANNAU PRO HAC VICE</u>**

The undersigned McKenzie E Webster, Esq., a member in good standing of the bar of this Court and counsel to Defendant Mark Sirockman, hereby moves this Court pursuant to Local Rule 83.5.3, to allow Demme Joannau attorney with the law firm of Morrison Foerster, to appear <u>pro</u> <u>hac</u> <u>vice</u> on behalf of Defendant Melissa Vaughn.  As grounds for this motion, the undersigned states that Ms. Joannau is admitted to practice in numerous courts, as detailed in her attached Certification, is a member in good standing in every jurisdiction in which she is admitted, is not the subject of any pending disciplinary proceedings against her as a member of the bar in any jurisdiction, and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

As additional grounds for this motion, the undersigned further states that Ms. Joannau is fully aware of the operative facts in this proceeding and will be assisting in the trial of this matter.  The certificate required by Local Rule 83.5.3(B) for Ms. Joannau appears as Exhibit A attached to this motion.

                      Respectfully submitted,

                      MARK SIROCKMAN
                      By his attorney,


                      ___/s/McKenzie Webster_____
                      McKenzie E. Webster
                      Mintz, Levin, Cohn, Ferris,
                        Glovsky and Popeo, P.C.
                      One Financial Center
                      Boston, MA  02111
                      (617) 542-6000


Dated:  July 13, 2006

LIT 1579529v.1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 05-CR-10102 JLT |
| v. | ) |
| | ) |
| JOHN BRUENS, MARY STEWART, | ) |
| MELISSA VAUGHN, and | ) |
| MARC SIROCKMAN | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATION OF DEMME JOANNAU**

I, Demme Joannau, Esquire, do hereby depose and state as follows:

1. I am a member of the law firm of Morrison Foerster, 2000 Penn. Ave., N.W., Washington D.C., 2006.

2. I am a member in good standing before all of the courts to which I have been admitted: the District of Columbia Courts, the Virginia State Courts, the United States District Court for the Eastern District of Virginia, and the United States Courts of Appeals, Fourth Circuit.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this thirteenth day of July, 2006.

                                                           ___/s/ Demme Joannau_____
                                                           Demme Joannau, Esq.
                                                           Morrison Foerster
                                                           2000 Penn. Ave., N.W.
                                                           Washington D.C., 2006.

LIT 1579530v.1