# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10102-JLT

UNITED STATES OF AMERICA

v.

JOHN BRUENS
MARY STEWART
MELISSA VAUGHN
MARC SIROCKMAN

**FINAL STATUS REPORT**

JULY 14, 2006

**BOWLER, U.S.M.J.**

  The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

  1. The Indictment in the above-entitled case, which charges the defendants with conspiracy to offer and pay illegal remunerations to physicians, offer of remuneration to physicians, payment of remuneration to physicians and aiding and abetting, was returned on April 14, 2005;

  2. The defendants were arraigned on the Indictment on May 2, 2005;

  3. Defense counsel anticipate the filing all dispositive motions by September 19, 2006 and the government shall respond by October 17, 2006;

4. At the time of arraignment, the government estimated that it would call up to 30 witnesses and that a trial would last approximately four weeks;

5. Defense counsel anticipate that this case will be resolved by way of a trial;

6. The government is to file an assented-to motion to exclude the time from July 13 to October 17, 2006;

7. This case is hereby returned to the district judge to whom the case is assigned.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE