UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 05--10102-JLT |
| | ) | |
| | ) | |
| JOHN BRUENS, ET AL. | ) | |
| | ) | |

**UNITED STATES' ASSENTED TO PETITION UNDER FED. R. CRIM. P. 6(e)**
**FOR DISCLOSURE OF DOCUMENTS FOR PHOTOCOPYING**

Pursuant to Fed. R. Crim. P. 6(e)(3)(C) and (D), the United States of America respectfully requests an order permitting the United States to send exhibits presented to the grand jury regarding the defendants to the following entity for copying, imaging, scanning, or other photographic process to meet the Government's continuing discovery obligations to the defendants in this matter. The entity is: IKON, Three Center Plaza, Suite 220, Boston, MA 02108.

A proposed order is attached.

                                                Respectfully submitted,

                                                UNITED STATES OF AMERICA

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                  By:    */s/ Mary Elizabeth Carmody*

                                                MARY ELIZABETH CARMODY
                                                SUSAN M. POSWISTILO
                                                Assistant United States Attorneys
                                                John Joseph Moakley United States Courthouse
                                                One Courthouse Way, Suite 9200
                                                Boston, MA 02210
                                                (617) 748-3290

**Certificate of Service and Local Rule 7.1 Certification**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). All counsel or record for the defendants have indicated their assent to this motion.

                                            */s/ Mary Elizabeth Carmody*

                                            MARY ELIZABETH CARMODY
                                            Assistant United States Attorney

Date: July 31, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 05--10102-JLT |
| | ) | |
| JOHN BRUENS, ET AL. | ) | |
| | ) | |

**ORDER**

  This matter is before the Court on the Assented to Motion of the United States, to permit the United States, pursuant to Fed. R. Crim. P. 6(e)(3)(C) and (D), to send exhibits presented to the grand jury regarding the defendants to the following entity for copying, imaging, scanning, or other photographic process to meet the Government's discovery obligations to the defendants in this matter. The entity is: IKON, Three Center Plaza, Suite 220, Boston, MA 02108.

  THEREFORE, IT IS HEREBY ORDERED that, pursuant to Fed. R. Crim. P. 6(e)(3)(C) and (D), the United States may disclose exhibits presented to the grand jury regarding the defendants to IKON, Three Center Plaza, Suite 220, Boston, MA 02108, for copying, imaging, scanning, or other photographic process in order to meet the Government's discovery obligations to the defendants in this matter.


Dated: _____      _____
                  JOSEPH L. TAURO
                  UNITED STATES MAGISTRATE JUDGE