UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10102-JLT |
| ) | |
| JOHN BRUENS, MARY STEWART, MARC ) | Oral Argument Requested |
| SIROCKMAN, MELISSA VAUGHN ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT MARC SIROCKMAN'S MOTION
FOR SEVERANCE FROM THE OTHER DEFENDANTS**

Defendant Marc Sirockman ("Sirockman") hereby moves this Court for the severance of his trial from that of defendants Mary Stewart, John Bruens, and Melissa Vaughn. As more fully set forth in the accompanying Memorandum of Law in Support of Defendant Sirockman's Motion for Severance from the Other Defendants, because the government is likely going to seek to introduce over a half dozen co-defendant statements that are inadmissible against Sirockman, a joint trial would compromise Sirockman's trial rights and prevent the jury from making a reliable judgment about his guilt or innocence. Accordingly, pursuant to Fed. R. Crim. P. 14 and Bruton v. United States, 391 U.S. 123 (1968) and its progeny, Sirockman moves this Court to sever his trial from that of the other defendants.

2

Respectfully submitted,

**MARC SIROCKMAN,**

By his attorneys,

    /s/  McKenzie E Webster
Tracy A. Miner, BBO # 547137
McKenzie E. Webster BBO #651204
Mintz, Levin, Cohn, Ferris,
 Glovsky & Popeo, P.C.
One Financial Center
Boston, Massachusetts 02110

**Dated:** September 19, 2006

### Certificate of Service

This is to certify that a copy of the foregoing motion was filed electronically in compliance with ECF procedures on this 19th day of September 2006.

    /s/   McKenzie E Webster
        McKenzie E Webster

2