# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>           Plaintiff, )<br>  )<br>v. )<br>  )<br>JOHN BRUENS, MARY STEWART, )<br>MELISSA VAUGHN, and )<br>MARC SIROCKMAN, )<br>  )<br>           Defendants. ) | No. 05-CR-10102 JLT |

## DEFENDANTS' JOINT MOTION TO PRECLUDE TESTIMONY BY ADAM WHITEHURST

Defendants John Bruens, Mary Stewart, Melissa Vaughn, and Marc Sirockman (collectively, "Defendants") hereby move this Court for an Order directing that the Government is precluded from offering the testimony of Adam Whitehurst. The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Defendants' Joint Motion to Preclude Testimony by Adam Whitehurst.

Respectfully submitted,

JOHN BRUENS, MARY STEWART,
MELISSA VAUGHN, and MARC SIROCKMAN
by their undersigned attorneys:

| | |
|---|---|
| /s/ Thomas McC. Souther | /s/ Mark Berman |
| Thomas McC. Souther, Esq. | Mark A. Berman, Esq. |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Roger J. Hawke, Esq. | Robert G. Marasco, Esq. |
| (admitted *pro hac vice*) | GIBBONS, DEL DEO, DOLAN, |
| SIDLEY AUSTIN LLP | GRIFFINGER & VECCHIONE, P.C. |
| 787 Seventh Avenue | One Riverfront Plaza |
| New York, New York 10019 | Newark, New Jersey 07102 |
| (212) 839-5300 | (973) 596-4500 |
| | |
| *Counsel for John Bruens* | *Counsel for Mary Stewart* |

| | |
|---|---|
|   /s/ Adam Hoffinger |   /s/ Tracy A. Miner |
| Adam Hoffinger, Esq. | Tracy A. Miner, Esq.  BBO # 547137 |
|    (admitted *pro hac vice*) | McKenzie E. Webster, Esq.  BBO #651204 |
| James M. Sullivan, Esq. | MINTZ, LEVIN, COHN, FERRIS, |
|    (admitted *pro hac vice*) |  GLOVSKY & POPEO, P.C. |
| MORRISON & FOERSTER LLP | One Financial Center |
| 2000 Pennsylvania Avenue, N.W. | Boston, Massachusetts 02110 |
| Washington, D.C.  20008-1888 | (617) 542-6000 |
| (202) 887-1500 | |
| | *Counsel for Marc Sirockman* |
| *Counsel for Melissa Vaughn* | |

Dated:  September 19, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this Joint Motion to Preclude Testimony by Adam Whitehurst and the accompanying Memorandum of Law in Support thereof, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 19, 2006.

                                        /s/ Catherine B. Winter