UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 05-10102-JLT |
| | * | |
| JOHN BRUENS, MARY STEWART, | * | |
| MELISSA VAUGHN, and | * | |
| MARC SIROCKMAN, | * | |
| | * | |
| Defendants. | * | |

ORDER

January 16, 2007

TAURO, J.

After a Motions Hearing held on January 16, 2007, this court hereby orders that:

1. A Final Pre-Trial Conference is scheduled for Thursday, April 12, 2007, at 2:15 p.m.;

2. Trial is scheduled for Tuesday, April 17, 2007, at 10:00 a.m.;

3. The Government shall provide the Defendants with all 404(b) information by March 12, 2007;

4. The Government shall turn over all Jenks material by March 22, 2007;

5. All motions in limine shall be filed by 5:00 p.m., March 22, 2007;

6. All responses to motions in limine shall be filed by 5:00 p.m., April 2, 2007;

7. By 3:00 p.m. on April 10, 2007, the Government shall file a Witness List containing the names and addresses of witnesses to be called;

8. The morning trial session will begin each day at 10:00 a.m. and end at 1:00 p.m.,

      and the afternoon trial session will begin at 2:15 p.m. and end at 4:30 p.m., except on Wednesdays when the afternoon session will end at 3:30 p.m.;

9. All exhibits to be used at trial shall be pre-marked. The Government shall use <u>numbers</u>, and Defendants shall use <u>letters</u>; and

10. The Parties shall submit a list of agreed-upon exhibits, and a separate list of disputed exhibits, to the Deputy Courtroom Clerk by April 10, 2007.

IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                          United States District Judge