UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 05--10102-JLT |
| | ) |
| JOHN BRUENS, ET AL. | ) |
| | ) |

### ORDER

This matter is before the Court on the Assented to Motion of the United States, to permit the United States, pursuant to Fed. R. Crim. P. 6(e)(3)(C) and (D), to send exhibits presented to the grand jury regarding the defendants to the following entity for copying, imaging, scanning, or other photographic process to meet the Government's discovery obligations to the defendants in this matter. The entity is: IKON, Three Center Plaza, Suite 220, Boston, MA 02108.

THEREFORE, IT IS HEREBY ORDERED that, pursuant to Fed. R. Crim. P. 6(e)(3)(C) and (D), the United States may disclose exhibits presented to the grand jury regarding the defendants to IKON, Three Center Plaza, Suite 220, Boston, MA 02108, for copying, imaging, scanning, or other photographic process in order to meet the Government's discovery obligations to the defendants in this matter.

Dated: __1/16/07__    _____
JOSEPH L. TAURO
UNITED STATES MAGISTRATE JUDGE
DISTRICT