UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) | |
| ) | Criminal No. 05-10102-JLT |
| v. )<br>) | |
| JOHN BRUENS, MARY STEWART, )<br>MELISSA VAUGHN AND )<br>MARK SIROCKMAN, )<br>    Defendants. ) | |

**ORDER**

This matter is before the Court on the Assented to Motion of the United States to exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. Having reviewed the matter, the Court finds as follows:

(1) On April 14, 2005, the grand jury returned an 8 count indictment, charging the defendants with one count of conspiracy to defraud the United States in violation of Title 18 United States Code, Section 371, and seven counts of offering or paying illegal remunerations in connection with their employment at Serono, Inc., allegedly to induce physicians to prescribe the drug Serostim, which is approved for the treatment of AIDS wasting, in violation of Title 42, United States Code, Section 1320a-7b(b)(2)(A), and Title 18, United States Code, Section 2. This is a complex health care fraud case.

(2) Pursuant to previous Orders entered by this Court, the period of time between May 2, 2005, through October 17, 2006, has

been excluded from the provisions of the Speedy Trial Act.

(3)   The period of time from October 17, 2006, through and including January 16, 2007, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F).

(4)   The ends of justice warrant the exclusion of the time period from January 16, 2007 through and including April 17, 2007, and outweigh the best interest of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that for the reasons set forth above, that for purpose of computing the time under the Speedy Trial Act of 1974 within which the trial must commence, the period from October 17, 2006, through and including April 17, 2007, has been and shall be deemed an excludable period pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(I), 3161(h)(8)(B)(ii), and 3161(h)(8)(B)(iv).

Dated:

JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE