# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | )   NO. 05-CR-10102 JLT |
| v. | ) |
|  | ) |
| JOHN BRUENS, MARY STEWART, MELISSA VAUGHN, and MARC SIROCKMAN | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Attorney Matthew D. Levitt, of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance as counsel for defendant Marc Sirockman in the above-referenced action. I certify that I am admitted to practice in this Court.

Respectfully submitted,

MARC SIROCKMAN

By his attorneys,

\_\_\_\_\_/s/ Matthew D. Levitt_____
Tracy A. Miner (BBO #547137)
McKenzie E. Webster (BBO #651204)
Matthew D. Levitt (BBO #660554)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated: March 26, 2007

4003730v.1

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing notice of appearance was filed electronically in compliance with ECF procedures on this 26th day of March 2007.

/s/   Matthew D. Levitt
Matthew D. Levitt