UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 05-10102-JLT |
| | * | |
| JOHN BRUENS, MARY STEWART, | * | |
| MELISSA VAUGHN, and | * | |
| MARC SIROCKMAN, | * | |
| | * | |
| Defendants. | * | |

ORDER

April 5, 2007

TAURO, J.

This court hereby orders that:

1. Defendant Vaughn's Motion in Limine to Exclude Government's 404(b) Evidence Relating to Nicholaos Bellos, M.D., and to Redact Government's Proposed Statement by Kimberly Jackson [#94] is ALLOWED.

2. The court will hear oral arguments on Defendant Vaughn's Motion in Limine to Redact Voicemail [#95] at the Pre-Trial Conference.

3. Defendant Sirockman's Motion in Limine to Exclude Alleged 404(b) Evidence Against Defendant Sirockman [#96] is ALLOWED.

4. Defendant Mary Stewart's Motion in Limine to Exclude Brutonized Statement and Renewal of Motion for Separate Trial on the Basis of Recently Disclosed Evidence [#97] is DENIED.

5. Defendant Stewart's Motion in Limine to Exclude Certain Hearsay Testimony by

Kimberly Jackson [#98] is ALLOWED.

6. Defendants' Joint Motion in Limine to Exclude a Portion of Mary Stewart's March 6, 2002 Statement to the FBI [#99] is ALLOWED.

7. The court will hear oral arguments on Defendants John Bruens, Mary Stewart and Marc Sirockman's Motion in Limine to Exclude Voicemail [#100] at the Pre-Trial Conference.

8. Defendants' Joint Motion in Limine to Admit the Grand Jury Testimony of Dr. Howard Grossman Pursuant to Federal Rule of Evidence 804(b)(1) [#101] is DENIED.

9. Motion in Limine to Exclude Alleged Rule 404(b) Evidence Against John Bruens [#102] is ALLOWED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge