UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
v.                                  )    Criminal No. 05-10102-JLT
                                    )
                                    )
JOHN BRUENS, MARY STEWART, MARC     )
SIROCKMAN, MELISSA VAUGHN           )
                                    )
            Defendants.             )
_____)

## GOVERNMENT'S WITNESS LIST

| | **Witness** | **Attorney** |
|---|---|---|
| 1. | John Abel<br>Charlotte, NC | Mike Kendall<br>McDermott Will & Emery<br>28 State Street<br>Boston, MA 02109<br>(617) 535-4085 |
| 2. | Jeffrey Aromando<br>Oceanport, NJ | John J. Sullivan, Jr., Esq.<br>1275 Boundbrook Road, Suite 6<br>Middlesex, NJ 08846<br>(732) 302-0333 |
| 3. | Marie Assa<br>Financial Analyst<br>FBI<br>Boston Office | |
| 4. | Joyce Aubut<br>Pembroke, MA | Karen A. Pickett, Esq.<br>Donnelly, Conroy, Gelhaar LLP<br>One Beacon Street, 33rd Floor<br>Boston, MA 02108<br>(617) 720-2880 x19 |

5. Richard Azulay  
 Kingston, MA

 Nicholas Theodorou, Esq.  
 Foley, Hoag LLP  
 Seaport World Trade Center West  
 155 Seaport Boulevard  
 Boston, MA 02210-2600  
 (617) 832-1163

6. SA Kim Blackwood  
 FBI  
 Boston Office

7. Katherine Canavan  
 Cranberry TWP, PA

 Ronald H. Levine, Esq.  
 Post & Schell, PC  
 Four Penn Center  
 1600 JFK Boulevard  
 Philadelphia, PA 19103-2808  
 (215) 587-1071

8. Joseph Cantey, M.D.  
 Mount Pleasant, SC

9. Miguel Catala  
 Miami, FL

 Christopher Carter, Esq.  
 Hinckley, Allen & Snyder LLP  
 43 North Main Street  
 Concord, NH 03301  
 (603) 545-6104

10. David Condoluci, M.D.  
 Voorhees, NJ

11. Elizabeth Elbert, M.D.  
 Tampa, FL

12. Michael English  
 Investigator  
 New Jersey Attorney General's Office

13. Peter Frank, Esq.  
 Stuart, FL

 Edward J. M. Little  
 Hughes, Hubbard & Reed LLP  
 One Battery Park Plaza  
 New York, NY 10004-1482  
 (212) 837-6400

14. William Frye

 W. Charles Bailey, Jr.

|     |                                                          |                                                                                                            |
|-----|----------------------------------------------------------|------------------------------------------------------------------------------------------------------------|
|     | Columbia, SC                                             | Simms Showers LLP<br>20 South Charles Street, Suite 702<br>Baltimore, MD 21201<br>(410) 783-5795           |
| 15. | Joseph Gertner, M.D.<br>Boston, MA                       | Diana Lloyd<br>Choate Hall & Stewart<br>53 State Street<br>Boston, MA 02109<br>(617) 248-5163              |
| 16. | Patrick Hagerty, Auditor<br>U.S. Attorney's Office<br>Boston, MA |                                                                                                    |
| 17. | Jeff Hart<br>Marshfield, MA                              | Michael J. Connolly, Esq.<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 345-9000 |
| 18. | Ray Hudgens<br>Jupiter, FL                               | Robert W. Ray, Esq.<br>40 Laird Street<br>Long Branch, NJ 07740<br>(732) 687-1380                          |
| 19. | Kimberly Jackson<br>Leesburg, VA                         | W. Charles Bailey, Jr.<br>Simms Showers LLP<br>20 South Charles Street, Suite 702<br>Baltimore, MD 21201<br>(410) 783-5795 |
| 20. | Todd Konkol<br>Minneapolis, MN                           |                                                                                                            |
| 21. | Ralph Liporace, M.D.<br>Albany, NY                       |                                                                                                            |
| 22. | Jeff Lynch<br>Armonk, NY                                 | Joseph Savage, Esq.<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-1000         |
| 23. | Saul Malozowski, M.D.                                    |                                                                                                            |

Case 1:05-cr-10102-JLT    Document 131    Filed 04/10/2007    Page 4 of 5

Food & Drug Administration
Baltimore, MD

24. Bruce Olmscheid, M.D. — Peter F. Carr, II, Esq.
San Carlos, CA
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Fl.
Boston, MA 02110-2602
(617)342-6800

25. Konstantine Pinteris — Karen A. Pickett, Esq.
New York, NY
Donnelly, Conroy, Gelhaar LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617)720-2880 x19

26. Gregory Pringle
Investigator
New Jersey Office of Insurance Fraud Prosecutor

27. Adam Stupak — E. Peter Parker, Esq.
New York, NY
Law Office of E. Peter Parker
151 Merrimac Street
Boston, MA 02114
(617)742-9099

28. Christine Wanke, M.D. — Dickens Mathieu, Esq.
Boston, MA
Senior Counsel, Labor and Employment
Tufts University
Ballou Hall, Third Floor
Medford, MA 02155
(617)627-3336

29. Kelly Webber
Financial Analyst
FBI
Boston Office

30. Timothy West, M.D.
Charleston, SC
(843) 763-6336

31. Adam Whitehurst — James W. Lawson, Esq.
Chicago, IL
Oteri, Weinberg & Lawson PC

Food & Drug Administration
Baltimore, MD

24. Bruce Olmscheid, M.D.     Peter F. Carr, II, Esq.
San Carlos, CA     Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Fl.
Boston, MA 02110-2602
(617)342-6800

25. Konstantine Pinteris     Karen A. Pickett, Esq.
New York, NY     Donnelly, Conroy, Gelhaar LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617)720-2880 x19

26. Gregory Pringle
Investigator
New Jersey Office of Insurance Fraud Prosecutor

27. Adam Stupak     E. Peter Parker, Esq.
New York, NY     Law Office of E. Peter Parker
151 Merrimac Street
Boston, MA 02114
(617)742-9099

28. Christine Wanke, M.D.     Dickens Mathieu, Esq.
Boston, MA     Senior Counsel, Labor and Employment
Tufts University
Ballou Hall, Third Floor
Medford, MA 02155
(617)627-3336

29. Kelly Webber
Financial Analyst
FBI
Boston Office

30. Timothy West, M.D.
Charleston, SC
(843) 763-6336

31. Adam Whitehurst     James W. Lawson, Esq.
Chicago, IL     Oteri, Weinberg & Lawson PC

                                                20 Park Plaza, Suite 905
                                                Boston, MA 02116
                                                (617)227-3700

32.    Sue Womble                            Karen A. Pickett, Esq.
          Carver, MA                            Donnelly, Conroy, Gelhaar LLP
                                                One Beacon Street, 33rd Floor
                                                Boston, MA 02108
                                                (617)720-2880 x19


                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                   By:    /s/ Mary Elizabeth Carmody
                                            _____

                                                Mary Elizabeth Carmody
                                                Susan M. Poswistilo
                                                Assistant U.S. Attorneys
                                                U. S. Attorney's Office
                                                John Joseph Moakley U.S. Courthouse
                                                1 Courthouse Way, Suite 9200
                                                Boston, MA  02210
                                                (617) 748-3290

CERTIFICATE OF SERVICE

       I hereby certify that this document  will be sent electronically and regular mail to the all defendants counsel registered on the Notice of Electronic Filing (NEF).

                                                /s/ Mary Elizabeth Carmody
                                                _____
Date:  April 10, 2007                        Mary Elizabeth Carmody
                                                Assistant United States Attorney