```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
v.                                  )    Criminal No. 05-10102-JLT
                                    )
                                    )
JOHN BRUENS, MARY STEWART, MARC     )
SIROCKMAN, MELISSA VAUGHN           )
                                    )
              Defendants.           )
_____)
```

## GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorneys Mary Elizabeth Carmody and Susan M. Poswistilo, hereby requests that, in addition to those questions commonly put to the <u>venire</u> in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1.  The United States of America is one of the litigants in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you, an immediate family member, or a close friend:

> (a) ever been charged with a crime (other than a traffic violation)?
>
> (b) ever filed a lawsuit or claim of any kind against a law enforcement officer?
>
> (c) ever filed a lawsuit or claim against the federal government or one of its agencies?  Have you ever been sued by the federal government or one of its agencies?

(d) ever had any involvement, of any sort, with a federal law enforcement agencies including the U.S. Food & Drug Administration, the Federal Bureau of Investigation or the Department of Health & Human Services?

(e) ever been arrested or detained by a law enforcement official without being charged with a crime?

(f) been employed by the United States Attorney's Office, the United States Probation Office, the United States Pre-Trial Services Office, the United States District Court Clerk's Office, the United States Marshal's Service, the U.S. Food & Drug Administration, the Federal Bureau of Investigation or the Department of Health & Human Services?

2. Do you have feelings about the government that would in any way impair your ability to be a fair an impartial juror in this case?

3. This is a criminal case involving the U.S. Food & Drug Administration, the Federal Bureau of Investigation and the Department of Health & Human Services. Some of the witnesses expected to be called by the United States at trial are Special Agents and/or employees of these agencies. Have you or has anyone close to you had any experience with any of these agencies that would prevent you from judging a law enforcement witness in the same way that you would judge any other witness?

4. There may be evidence in this case that one or more witnesses abused alcohol or illegal narcotics. Have you or has anyone close to you had any experience – such as substance abuse or alcohol addiction treatment – that may adversely affect your ability to fairly and impartially consider the testimony of such witnesses?

    5.  There will be evidence in this case concerning the disease state of HIV and AIDS.  Have you or has anyone close to you had any experience with HIV and AIDS such that it may adversely affect your ability to fairly and impartially consider the testimony in this case?

    6.  There may be evidence in this case that one or more witnesses are or have been involved in homosexual or gay relationships.  Have you formulated any opinion about people who are homosexual or gay, such that it may adversely affect your ability to fairly and impartially consider the testimony of such witnesses?

    7.  Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in the trial of this case?

                             Respectfully submitted,

                             MICHAEL J. SULLIVAN
                             United States Attorney


                        By:  /s/ Mary Elizabeth Carmody

                             Mary Elizabeth Carmody
                             Susan M. Poswistilo
                             Assistant U.S. Attorneys
                             U. S. Attorney's Office
                             John Joseph Moakley U.S. Courthouse
                             1 Courthouse Way, Suite 9200
                             Boston, MA  02210
                             (617) 748-3290

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF

3

system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Mary Elizabeth Carmody
_____
Mary Elizabeth Carmody
Assistant United States Attorney

Date:  April 12, 2007