UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10102-JLT |
| ) | |
| JOHN BRUENS, MARY STEWART, MARC ) SIROCKMAN, MELISSA VAUGHN ) | |
| Defendants. ) | |

## GOVERNMENT'S WITNESS LIST
## (WITH TIMES)

|   | **Witness** | **Attorney** |
|---|---|---|
| 1. | John Abel<br>Charlotte, NC<br><br>Direct: 1-1 ½ hour<br>Cross: ½ to 2 hours | Mike Kendall<br>McDermott Will & Emery<br>28 State Street<br>Boston, MA 02109<br>(617) 535-4085 |
| 2. | Jeffrey Aromando<br>Oceanport, NJ<br><br>Direct: 1 hour<br>Cross: 1 hour | John J. Sullivan, Jr., Esq.<br>1275 Boundbrook Road, Suite 6<br>Middlesex, NJ 08846<br>(732) 302-0333 |
| 3. | Marie Azza<br>Financial Analyst<br>FBI<br>Boston Office<br><br>Direct: 1 ½ hours<br>Cross: 1 ½ hours | |

4.	Joyce Aubut	Karen A. Pickett, Esq.
	Pembroke, MA	Donnelly, Conroy, Gelhaar LLP
		One Beacon Street, 33rd Floor
	Direct: 45 minutes	Boston, MA 02108
	Cross: 1 hour	(617) 720-2880 x19

5.	Richard Azulay	Nicholas Theodorou, Esq.
	Kingston, MA	Foley, Hoag LLP
		Seaport World Trade Center West
	Direct: 30 minutes	155 Seaport Boulevard
	Cross:  1 hour	Boston, MA 02210-2600
		(617) 832-1163

6.	SA Kim Blackwood
	FBI
	Boston Office

	Direct: 45 minutes
	Cross:  1 hour

7.	Kathleen Canavan	Ronald H. Levine, Esq.
	Cranberry TWP, PA	Post & Schell, PC
		Four Penn Center
	Direct: 30 minutes	1600 JFK Boulevard
	Cross:  30 minutes	Philadelphia, PA 19103-2808
		(215) 587-1071

8.	Joseph Cantey, M.D.
	Mount Pleasant, SC

	Direct: 1 hour
	Cross: 45 minutes

9.	Miguel Catala	Christopher Carter, Esq.
	Miami, FL	Hinckley, Allen & Snyder LLP
		43 North Main Street
	Direct: 30 minutes	Concord, NH 03301
	Cross: 30 minutes	(603) 545-6104

10. David Condoluci, M.D.
    Voorhees, NJ

    Direct: 45 minutes
    Cross: 30 minutes

11. Elizabeth Elbert, M.D.
    Tampa, FL

    Direct: 30 minutes
    Cross: 30 minutes

12. Michael English
    Investigator
    New Jersey Attorney General's Office

    Direct: 45 minutes
    Cross: 30 minutes

13. Peter Frank, Esq.                     Edward J. M. Little
    Stuart, FL                            Hughes, Hubbard & Reed LLP
                                          One Battery Park Plaza
    Direct: 1-1 ½ hour                    New York, NY 10004-1482
    Cross: 1-2 hours                      (212) 837-6400

14. William Frye                          W. Charles Bailey, Jr.
    Columbia, SC                          Simms Showers LLP
                                          20 South Charles Street, Suite 702
    Direct: 1-1 ½ hour                    Baltimore, MD 21201
    Cross: 1 ½ hours                      (410) 783-5795

15. Joseph Gertner, M.D.                  Diana Lloyd
    Boston, MA                            Choate Hall & Stewart
                                          53 State Street
    Direct: 30 minutes                    Boston, MA 02109
    Cross: 1 hour                         (617) 248-5163

16. Patrick Hagerty, Auditor
    U.S. Attorney's Office
    Boston, MA

    Direct: 1-1 ½ hour
    Cross: 30 minutes

17. Jeff Hart  
    Marshfield, MA  

    Direct: 2 hours  
    Cross: 2 hours  

    Michael J. Connolly, Esq.  
    Hinckley, Allen & Snyder LLP  
    28 State Street  
    Boston, MA 02109  
    (617) 345-9000  

18. Ray Hudgens  
    Jupiter, FL  

    Direct: 1-1 ½ hours  
    Cross: 1 ½ hours  

    Robert W. Ray, Esq.  
    40 Laird Street  
    Long Branch, NJ 07740  
    (732) 687-1380  

19. Kimberly Jackson  
    Leesburg, VA  

    Direct: 3 hours  
    Cross: 4-5 hours  

    W. Charles Bailey, Jr.  
    Simms Showers LLP  
    20 South Charles Street, Suite 702  
    Baltimore, MD 21201  
    (410) 783-5795  

20. Todd Konkol  
    Minneapolis, MN  

    Direct: 45 minutes  
    Cross:   5 minutes  

21. Ralph Liporace, M.D.  
    Albany, NY  

    Direct: 1 hour  
    Cross: 1 hour  

22. Jeff Lynch  
    Armonk, NY  

    Direct: 45 minutes  
    Cross:   1 hour  

    Joseph Savage, Esq.  
    Goodwin Procter LLP  
    Exchange Place  
    Boston, MA 02109  
    (617) 570-1000  

23. Saul Malozowski, M.D.  
    Food & Drug Administration  
    Baltimore, MD  

    Direct: 30 minutes  
    Cross: 15 minutes

24.  Bruce Olmscheid, M.D.                Peter F. Carr, II, Esq.
     San Carlos, CA                       Eckert Seamans Cherin & Mellott, LLC
                                          One International Place, 18th Fl.
     Direct: 45 minutes                   Boston, MA 02110-2602
     Cross:   1 hour                      (617) 342-6800

25.  Konstantine Pinteris                 Karen A. Pickett, Esq.
     New York, NY                         Donnelly, Conroy, Gelhaar LLP
                                          One Beacon Street, 33rd Floor
     Direct: 1 hour                       Boston, MA 02108
     Cross:                               (617) 720-2880 x19

26.  Gregory Pringle
     Investigator
     New Jersey Office of Insurance Fraud Prosecutor

     Direct: 45 minutes
     Cross: 30 minutes

27.  Adam Stupak                          E. Peter Parker, Esq.
     New York, NY                         Law Office of E. Peter Parker
                                          151 Merrimac Street
     Direct: 3 hours                      Boston, MA 02114
     Cross: 4-5 hours                     (617)742-9099

28.  Christine Wanke, M.D.                Dickens Mathieu, Esq.
     Boston, MA                           Senior Counsel, Labor and Employment
                                          Tufts University
     Direct: 30 minutes                   Ballou Hall, Third Floor
     Cross: 30 minutes                    Medford, MA 02155
                                          (617)627-3336

29.  Kelly Webber
     Financial Analyst
     FBI, Boston Office

     Direct: 1 ½ hours
     Cross: 1 ½ hours

30.  Timothy West, M.D.
     Charleston, SC
     (843) 763-6336

     Direct: 30 minutes

5

Cross:  30 minutes

31. Adam Whitehurst  
    Chicago, IL

    Direct: 45 minutes  
    Cross: 1 ½ hours

    James W. Lawson, Esq.  
    Oteri, Weinberg & Lawson PC  
    20 Park Plaza, Suite 905  
    Boston, MA 02116  
    (617) 227-3700

32. Sue Womble  
    Carver, MA

    Direct: 2 hours  
    Cross: 1 hour

    Karen A. Pickett, Esq.  
    Donnelly, Conroy, Gelhaar LLP  
    One Beacon Street, 33rd Floor  
    Boston, MA 02108  
    (617) 720-2880 x19

33. Keeper of the Records  
    Boston Harbor Hotel

    Direct: 15 minutes  
    Cross:

34. Keeper of the Records  
    Serono, Inc.

    Direct: 30 minutes  
    Cross:

Respectfully submitted,

MICHAEL J. SULLIVAN  
United States Attorney

By:   /s/ Mary Elizabeth Carmody

Mary Elizabeth Carmody  
Susan M. Poswistilo  
Assistant U.S. Attorneys  
U. S. Attorney's Office  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way, Suite 9200  
Boston, MA  02210  
(617) 748-3290

CERTIFICATE OF SERVICE

I hereby certify that this document  will be sent electronically and regular mail to the all defendants counsel

registered on the Notice of Electronic Filing (NEF).

|  | /s/ Mary Elizabeth Carmody |
|---|---|
| Date: April 11, 2007 | Mary Elizabeth Carmody<br>Assistant United States Attorney |