UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) <br>v. )<br>)<br>JOHN BRUENS, MARY STEWART, )<br>MELISSA VAUGHN, and )<br>MARC SIROCKMAN )<br>)<br>         Defendants. )<br>) | NO. 05-CR-10102 JLT |

## DEFENDANTS' EXHIBIT LIST[1]

A. 3rd International Conference On Nutrition and HIV Infection, Final Program and Abstracts [S 0044788-0044842]

B. Email from Norma Muurahainen to Malkowski and others dated 03/18/1999, re: re: "Short-term growth hormone administration at the time of opportunistic infections" (our ref: BF3108 (GF 7947) [S Elec 0304316-0304317]

C. Email from Hal Landy to Frank, Chappel, Maundrell, Muurahainen, and others dated 03/04/1999, re: Cannes [S Elec 0679503]

D. Letter to Christine Wanke, M.D. from Bruens and Muurahainen dated 06/04/1999 [S 0044722]

E. Expense Analysis by Account Number [S 0649972-0649977]

F. Email from Linda Routhier to Bell, Bruens, Cayron-Elizondo, Chappel, Domeischel, Frank, Gertner, Koudounas, Landy, Lukkari, Muurahainen,

---

[1] At the time of this filing, the Government has only indicated that it agrees with "some" of Defendants' exhibits and not with others, but has not specified as to which exhibits it will agree to as admissible.

    Sasagawa, Saunders, Williamson, Blidegard, and others dated 02/03/1999, re: Serostim Project Team Meeting - April 1999 [S Elec 0678902]

G.     FannieMae Request for Verification of Employment to Serono Labs, Inc. re: Kimberly A. Jackson [S 0605287]

H.     Letter from Edwin A. Reilly to Sirockman dated 03/31/1997 [S 0609551-0609552]

I.     Letter from Edwin A. Reilly to Sirockman dated 12/11/1998 [S 0609534]

J.     Email from Susan Womble to Bruens dated 04/14/1999, re: Marketing Invitees to Cannes [S 0933251]

K.     Email from Michael Kleintop to Schwalbert, Speights, Szemplinski, and others dated 02/12/1999, re: Grants for Cannes [S 0933233]

L.     Email from Mary Stewart to Regional Directors dated 06/09/1998 [EML 074-6803-6805]

M.     Email from Kim Jackson to CCs dated 02/15/1999 [EML 0906107-0906108]

N.     Email from Adam Stupak re: rxs with attachment dated 03/08/1999 [S Elec 0212584-0212585]

O.     Email from Kurt Munson re: 6600 totals for 3/12 with attachment dated 03/14/1999 [S Elec 0212840-0212841]

P.     Email from David Sawin re: West Numbers 3/4/99 with attachment dated 03/05/1999 [S Elec 0212500-0212501]

Q.     Email from David Sawin re: West #s 3-9-99 with attachment dated 03/10/99 [S Elec 0212623-0212624]

R.     Total Serostim mg Sales 1995 to 2004 [S 0933273]

S. Email from Mary Stewart to Frank dated 03/02/1999, re: READ THIS BEFORE YOU GO TO WORK!!!!!! [S Elec 0694788-0694790]

T. Expense Reports for Melissa Vaughn 0319/99 [S 0747154-0747187; S 0747212-0747228; S 0711308-0711331]

U. Draft outline for March 15-19 National Sales Meeting dated 02/23/1999 [SFB301-0565 to SFB301-0566]

V. Bell South Mobility Telephone Records for Ray Hudgens for 1999

W. Miscellaneous Summary Charts

4017007v.1