UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.                                                                        )          Criminal No. 05-10102-JLT<br><br>JOHN BRUENS, MARY STEWART, MARC )<br>SIROCKMAN, MELISSA VAUGHN         )<br><br>                        Defendants.               ) | |

# GOVERNMENT'S REVISED WITNESS LIST
## (WITH TIMES)

| **Witness** | **Attorney** |
|---|---|

1.  John Abel                                            Mike Kendall
    Charlotte, NC                                     McDermott Will & Emery
                                                              28 State Street
    Direct: 1-1 ½ hour                             Boston, MA 02109
    Cross: ½ to 2 hours                          (617) 535-4085


2.  Jeffrey Aromando                          John J. Sullivan, Jr., Esq.
    Oceanport, NJ                                 1275 Boundbrook Road, Suite 6
                                                              Middlesex, NJ 08846
    Direct: 1 hour                                   (732) 302-0333
    Cross: 1 hour


3.  Joyce Aubut                                    Karen A. Pickett, Esq.
    Pembroke, MA                                Donnelly, Conroy, Gelhaar LLP
                                                              One Beacon Street, 33rd Floor
    Direct: 45 minutes                          Boston, MA 02108
    Cross: 1 hour                                    (617) 720-2880 x19

4.     SA Kim Blackwood
       FBI
       Boston Office

       Direct: 45 minutes
       Cross:  1 hour

5.     Joseph Cantey, M.D.
       Mount Pleasant, SC

       Direct: 1 hour
       Cross: 45 minutes

6.     David Condoluci, M.D.
       Voorhees, NJ

       Direct: 45 minutes
       Cross: 30 minutes

7.     Elizabeth Elbert, M.D.              Peter F. Carr, II, Esq.
       Tampa, FL                           Eckert Seamans Cherin & Mellott, LLC
                                                 One International Place, 18th Fl.
       Direct: 30 minutes                Boston, MA 02110-2602
       Cross:  30 minutes              (617) 342-6800

8.     Michael English
       Investigator
       New Jersey Attorney General's Office

       Direct: 45 minutes
       Cross: 30 minutes

9.     Howard Fingert              OR      Rosann Reinhart
       Chestnut Hill, MA                        Marshfield, MA

       Sherry P. Broder, Esq.                   Robert J. Ridge, Esq.
       841 Bishop Street, Suite 800        Thorp, Reed & Armstrong, LLP
       Honolulu, HI 96813                      One Oxford Centre
       (808) 944-1139                            301 Grant Street, 14th Floor
       (808) 342-1411 (cell)                  Pittsburgh, PA 15219-1425
                                                     (412) 394-2440

       Direct:: 30 minutes
       Cross:

10.    Peter Frank, Esq.  
       Stuart, FL  

       Direct: 1-1 ½ hour  
       Cross: 1-2 hours  

       Edward J. M. Little  
       Hughes, Hubbard & Reed LLP  
       One Battery Park Plaza  
       New York, NY 10004-1482  
       (212) 837-6400  

11.    William Frye  
       Columbia, SC  

       Direct: 1-1 ½ hour  
       Cross: 1 ½ hours  

       W. Charles Bailey, Jr.  
       Simms Showers LLP  
       20 South Charles Street, Suite 702  
       Baltimore, MD 21201  
       (410) 783-5795  

12.    Patrick Hagerty, Auditor  
       U.S. Attorney's Office  
       Boston, MA  

       Direct: 1-1 ½ hour  
       Cross: 30 minutes  

13.    Jeff Hart  
       Marshfield, MA  

       Direct: 2 hours  
       Cross: 2 hours  

       Michael J. Connolly, Esq.  
       Hinckley, Allen & Snyder LLP  
       28 State Street  
       Boston, MA 02109  
       (617) 345-9000  

14.    Ray Hudgens  
       Jupiter, FL  

       Direct: 1-1 ½ hours  
       Cross: 1 ½ hours  

       Robert W. Ray, Esq.  
       40 Laird Street  
       Long Branch, NJ 07740  
       (732) 687-1380  

15.    Kimberly Jackson  
       Leesburg, VA  

       Direct: 3 hours  
       Cross: 4-5 hours  

       W. Charles Bailey, Jr.  
       Simms Showers LLP  
       20 South Charles Street, Suite 702  
       Baltimore, MD 21201  
       (410) 783-5795  

16.    Todd Konkol  
       Minneapolis, MN  

       Direct: 45 minutes  
       Cross:   5 minutes

17.  Ralph Liporace, M.D.
     Albany, NY

     Direct: 1 hour
     Cross: 1 hour

18.  Jeff Lynch                              Joseph Savage, Esq.
     Armonk, NY                              Goodwin Procter LLP
                                             Exchange Place
     Direct: 45 minutes                      Boston, MA 02109
     Cross:  1 hour                          (617) 570-1000

19.  Bruce Olmscheid, M.D.                   Peter F. Carr, II, Esq.
     San Carlos, CA                          Eckert Seamans Cherin & Mellott, LLC
                                             One International Place, 18th Fl.
     Direct: 45 minutes                      Boston, MA 02110-2602
     Cross:  1 hour                          (617) 342-6800

20.  Konstantine Pinteris                    Karen A. Pickett, Esq.
     New York, NY                            Donnelly, Conroy, Gelhaar LLP
                                             One Beacon Street, 33rd Floor
     Direct: 1 hour                          Boston, MA 02108
     Cross:                                  (617) 720-2880 x19

21.  Adam Stupak                             E. Peter Parker, Esq.
     New York, NY                            Law Office of E. Peter Parker
                                             151 Merrimac Street
     Direct: 3 hours                         Boston, MA 02114
     Cross: 4-5 hours                        (617)742-9099

22.  Christine Wanke, M.D.                   Dickens Mathieu, Esq.
     Boston, MA                              Senior Counsel, Labor and Employment
                                             Tufts University
     Direct: 30 minutes                      Ballou Hall, Third Floor
     Cross: 30 minutes                       Medford, MA 02155
                                             (617)627-3336

23.  Kelly Webber                            Marie Azza
     Financial Analyst            OR         Financial Analyst
     FBI, Boston Office                      FBI, Boston Office

     Direct: 1 ½ hours
     Cross: 1 ½ hours

24. Timothy West, M.D.
    Charleston, SC
    (843) 763-6336

    Direct: 30 minutes
    Cross:  30 minutes

25. Adam Whitehurst       James W. Lawson, Esq.
    Chicago, IL       Oteri, Weinberg & Lawson PC
         20 Park Plaza, Suite 905
    Direct: 45 minutes       Boston, MA 02116
    Cross: 1 ½ hours       (617) 227-3700

26. Sue Womble       Karen A. Pickett, Esq.
    Carver, MA       Donnelly, Conroy, Gelhaar LLP
         One Beacon Street, 33rd Floor
    Direct: 2 hours       Boston, MA 02108
    Cross: 1 hour       (617) 720-2880 x19

27. Keeper of the Records
    Boston Harbor Hotel
    Direct: 15 minutes
    Cross:

28. Keeper of the Records
    Serono, Inc.
    Direct: 30 minutes
    Cross:

         Respectfully submitted,
         MICHAEL J. SULLIVAN
         United States Attorney

By:    /s/ Mary Elizabeth Carmody

         Mary Elizabeth Carmody
         Susan M. Poswistilo
         Assistant U.S. Attorneys
         U. S. Attorney's Office
         John Joseph Moakley U.S. Courthouse
         1 Courthouse Way, Suite 9200
         Boston, MA  02210
         (617) 748-3290

## CERTIFICATE OF SERVICE

  I hereby certify that this document will be sent electronically and regular mail to the all defendants counsel registered on the Notice of Electronic Filing (NEF).

                /s/ Mary Elizabeth Carmody

Date: April 16, 2007         Mary Elizabeth Carmody
                    Assistant United States Attorney