UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. 05-10102-JLT |
| | * | |
| JOHN BRUENS, MARY STEWART, | * | |
| MELISSA VAUGHN, and | * | |
| MARC SIROCKMAN, | * | |
| | * | |
| Defendants. | * | |

ORDER

May 1, 2007

TAURO, J.

This court hereby orders that Defendants' Joint Motion to Strike Certain Exhibits [#167] is ALLOWED with respect to exhibits GX151, GX158, GX225, GX367, GX368 and GX374. The motion is otherwise DENIED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge