## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | NO. 05-CR-10102 JLT |
| v. | ) ) ) |  |
| JOHN BRUENS, MARY STEWART, MELISSA VAUGHN, and MARC SIROCKMAN | ) ) ) ) |  |
| Defendants. | ) ) |  |

## DEFENDANTS' FED. R. CRIM. P. 29 MOTION FOR JUDGMENT OF ACQUITTAL ON COUNTS 2, 4, 6 AND 7 OF THE INDICTMENT FOR LACK OF VENUE

Pursuant to Rule 29 of the Federal Rules of Criminal Procedure, Defendants John Bruens, Mary Stewart, Melissa Vaughn, and Marc Sirockman hereby move this Court to enter a judgment of acquittal on Counts 2, 4, 6 and 7 of the Indictment because the Government has not established that venue is proper in Massachusetts as to these counts. A detailed memorandum of law in support of this motion will be filed separately.

WHEREFORE, for the foregoing reasons, and those described in the accompanying Memorandum of Law, Defendants Bruens, Stewart, Vaughn, and Sirockman respectfully request that this Court enter a judgment of acquittal on Counts 2, 4, 6 and 7.

## REQUEST FOR ORAL ARGUMENT

Defendants Bruens, Stewart, Vaughn, and Sirockman also hereby request that their counsel be heard at oral argument regarding this Motion for Judgment of Acquittal and accompanying Memorandum of Law.

**JOHN BRUENS, MARY STEWART,
MELISSA VAUGHN, and MARC SIROCKMAN,**

By their undersigned attorneys.

| | |
|---|---|
| /s/ McKenzie E. Webster | /s/ Thomas McC. Souther |
| Tracy A. Miner | Thomas McC. Souther |
| McKenzie E. Webster | Counsel for John Bruens |
| Counsel for Marc Sirockman | |
| | |
| /s/ Mark. A. Berman | /s/ Adam S. Hoffinger |
| Mark A. Berman | Adam S. Hoffinger |
| Counsel for Mary Stewart | Counsel for Melissa Vaughn |

**Dated:** May 1, 2007

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion was filed electronically in compliance with ECF procedures on this 1st day of May 2007.

    /s/ McKenzie E. Webster

4015474v.1