# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) NO. 05-CR-10102 JLT |
| v. | ) |
|  | ) |
| JOHN BRUENS, MARY STEWART, MELISSA VAUGHN, and MARC SIROCKMAN | ) |
|  | ) |
| Defendants. | ) |

## DEFENDANT MARC SIROCKMAN'S FED. R. CRIM. P. 29 MOTION FOR JUDGMENT OF ACQUITTAL ON COUNTS 1, 4, AND 5 OF THE INDICTMENT

Pursuant to Rule 29 of the Federal Rules of Criminal Procedure, Defendant Marc Sirockman hereby moves this Court to enter a judgment of acquittal on Counts 1, 4, and 5 of the Indictment because the Government has not established that Mr. Sirockman acted in knowing and willful violation of the anti-kickback statute. A detailed memorandum of law in support of this motion will be filed separately.

WHEREFORE, for the foregoing reason, and those described in the accompanying Memorandum of Law, Defendant Sirockman respectfully requests that this Court enter a judgment of acquittal on Counts 1, 4, and 5.

## REQUEST FOR ORAL ARGUMENT

Defendant Sirockman also hereby requests that his counsel be heard at oral argument regarding this Motion for Judgment of Acquittal and accompanying Memorandum of Law.

2

**MARC SIROCKMAN,**

By his attorneys,

   /s/  McKenzie E Webster
Tracy A. Miner, BBO # 547137
McKenzie E. Webster BBO #651204
Mintz, Levin, Cohn, Ferris,
 Glovsky & Popeo, P.C.
One Financial Center
Boston, Massachusetts 02110
(617) 542-6000 (phone)
(617) 542-2241 (fax)


**Dated:**  May 1, 2007


## CERTIFICATE OF SERVICE

   This is to certify that a copy of the foregoing motion was filed electronically in compliance with ECF procedures on this 1st day of May 2007.

   /s/ McKenzie Webster


4031740v.1