UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-10102-JLT |
| ) | |
| JOHN BRUENS, MARY STEWART, MARC ) | |
| SIROCKMAN, MELISSA VAUGHN ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF THE PARTIES

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the defendants, John Bruens, Mary Stewart, Marc Sirockman and Melissa Vaughn, by their undersigned counsel, hereby stipulate and agree that:

The amount of Medicaid reimbursement for the year 1999 relating to prescriptions written by Drs. Alexis Corazon, Jeffrey Wallach, Ralph Liporace, Bruce Olmscheid, David Condoluci, Joseph Piperato and Howard Grossman is set forth in Exhibit 382.

For the Defendant,
John Bruens

_____
ROGER J. HAWKE, Esq.
THOMAS McC. SOUTHER, Esq.

For the United States,
MICHAEL J. SULLIVAN

By: _/s/ Mary Elizabeth Carmody_____
MARY ELIZABETH CARMODY
SUSAN M. POSWISTILO
Assistant U.S. Attorneys

For the Defendant,  
Mary Stewart

For the Defendant,  
Melissa Vaughn

_____  
MARK A. BERMAN, Esq.  
PAUL S. DOHERTY, Esq.

_____  
ADAM S. HOFFINGER, Esq.  
DEMME JOANNOU, Esq.  
JAMES SULLIVAN, Esq.

For the Defendant,  
Marc Sirockman

_____  
TRACY A. MINER. Esq.  
McKENZIE E. WEBTER, Esq.  
MATTHEW D. LEVITT, Esq.