UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 05-10102-JLT
)
JOHN BRUENS (01), MARY STEWART (02), )
MELISSA VAUGHN (03), MARC SIROCKMAN (04), )
)
Defendants. )

## VERDICT FORM

WE, THE JURY, FIND:   THE DEFENDANT, JOHN BRUENS

AS TO:

COUNT 1

NOT GUILTY __X__   GUILTY _____   OF:   CONSPIRACY

COUNT 2

NOT GUILTY __X__   GUILTY _____   OF:   OFFERING OF ILLEGAL REMUNERATION TO RALPH LIPORACE, M.D. AND AIDING AND ABETTING

COUNT 3

NOT GUILTY __X__   GUILTY _____   OF:   OFFERING and PAYING ILLEGAL REMUNERATION TO JOSEPH PIPERATO, M.D. AND AIDING AND ABETTING

COUNT 4

NOT GUILTY __X__   GUILTY _____   OF:   OFFERING ILLEGAL REMUNERATION TO DAVID CONDOLUCCI, M.D. AND AIDING AND ABETTING

COUNT 5

NOT GUILTY __X__   GUILTY _____   OF:   OFFERING AND PAYING ILLEGAL REMUNERATION TO ALEXIS CORAZON, M.D. AND AIDING AND ABETTING

COUNT 6

NOT GUILTY __X__   GUILTY _____   OF:   OFFERING ILLEGAL REMUNERATION TO BRUCE OLMSCHEID, M.D. AND AIDING AND ABETTING

COUNT 7

NOT GUILTY __X__   GUILTY _____   OF:   OFFERING ILLEGAL REMUNERATION TO HOWARD GROSSMAN, M.D, AND AIDING AND ABETTING

COUNT 8

NOT GUILTY __X__   GUILTY _____   OF:   OFFERING AND PAYING ILLEGAL REMUNERATION TO JEFFREY WALLACH, M.D. AND AIDING AND ABETTING

WE, THE JURY, FIND:   <u>THE DEFENDANT, MARY STEWART</u>

AS TO:

   <u>COUNT 1</u>

NOT GUILTY __X__   GUILTY _____ OF:   CONSPIRACY


   <u>COUNT 2</u>

NOT GUILTY __X__   GUILTY _____ OF:   OFFERING OF ILLEGAL REMUNERATION TO RALPH LIPORACE, M.D. AND AIDING AND ABETTING


   <u>COUNT 3</u>

NOT GUILTY __X__   GUILTY _____ OF:   OFFERING and PAYING ILLEGAL REMUNERATION TO JOSEPH PIPERATO, M.D. AND AIDING AND ABETTING

   <u>COUNT 4</u>

NOT GUILTY __X__   GUILTY _____ OF:   OFFERING ILLEGAL REMUNERATION TO DAVID CONDOLUCCI, M.D. AND AIDING AND ABETTING

   <u>COUNT 5</u>

NOT GUILTY __X__   GUILTY _____ OF:   OFFERING AND PAYING ILLEGAL REMUNERATION TO ALEXIS CORAZON, M.D. AND AIDING AND ABETTING

COUNT 6

NOT GUILTY __X__   GUILTY _____   OF:   OFFERING ILLEGAL REMUNERATION TO BRUCE OLMSCHEID, M.D. AND AIDING AND ABETTING

COUNT 7

NOT GUILTY __X__   GUILTY _____   OF:   OFFERING ILLEGAL REMUNERATION TO HOWARD GROSSMAN, M.D, AND AIDING AND ABETTING

COUNT 8

NOT GUILTY __X__   GUILTY _____   OF:   OFFERING AND PAYING ILLEGAL REMUNERATION TO JEFFREY WALLACH, M.D. AND AIDING AND ABETTING

WE, THE JURY, FIND:   THE DEFENDANT, MELISSA VAUGHN

AS TO:

COUNT 1

NOT GUILTY __X__   GUILTY _____   OF:   CONSPIRACY


COUNT 2

NOT GUILTY __X__   GUILTY _____   OF:   OFFERING OF ILLEGAL REMUNERATION TO RALPH LIPORACE, M.D. AND AIDING AND ABETTING


COUNT 3

NOT GUILTY __X__   GUILTY _____   OF:   OFFERING and PAYING ILLEGAL REMUNERATION TO JOSEPH PIPERATO, M.D. AND AIDING AND ABETTING

WE, THE JURY, FIND:   <u>THE DEFENDANT, MARC SIROCKMAN</u>

AS TO:

<u>COUNT 1</u>

NOT GUILTY __X__   GUILTY _____ OF:   CONSPIRACY

<u>COUNT 4</u>

NOT GUILTY __X__   GUILTY _____ OF:   OFFERING ILLEGAL REMUNERATION TO DAVID CONDOLUCCI, M.D. AND AIDING AND ABETTING

<u>COUNT 5</u>

NOT GUILTY __X__   GUILTY _____ OF:   OFFERING AND PAYING ILLEGAL REMUNERATION TO ALEXIS CORAZON, M.D. AND AIDING AND ABETTING

5/3/2007
Date

_____
FOREPERSON'S SIGNATURE