# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO.  05-CR-10102 JLT |
| v. | ) | |
| | ) | |
| JOHN BRUENS, MARY STEWART, | ) | |
| MELISSA VAUGHN, and | ) | |
| MARC SIROCKMAN | ) | |
| | ) | |
| Defendants. | ) | |

_____

## MARC SIROCKMAN'S POST-ACQUITTAL APPLICATION FOR ENTRY OF AN ORDER DIRECTING THE GOVERNMENT TO DESTROY ALL RECORDS RELATED TO HIS PROCESSING BY THE UNITED STATES MARSHALS SERVICE

Marc Sirockman ("Sirockman") hereby moves this Court for entry of an order directing the government to destroy all records relating to his processing by the United States Marshals Service at the time of his arraignment on May 2, 2005, including records in the possession of the Marshals Service, the FBI, or any other government agency.

On April 14, 2005, Sirockman was charged with one count of conspiracy to violate the Anti-Kickback Statute and two substantive counts of violating that statute.  He was arraigned on May 2, 2005, before Magistrate Judge Bowler.  On that same day, Sirockman was processed, fingerprinted, and photographed at the United States Marshals Service office in the United States District Courthouse in Boston, Massachusetts.  After a nearly three-week trial, Sirockman was acquitted of all charges on May 3, 2007.

In light of his acquittal, the continued existence of the records relating to Sirockman's processing by the Marshals Service constitutes an "affront on [his] personal dignity," and as

such, they should be destroyed. United States v. Kalish, 271 F. Supp. 968, 970 (D.P.R. 1967)

(ordering the destruction of arrest and identification records, including the fingerprints and

photographs, upon concluding that "[t]he preservation of these records constitutes an

unwarranted attack upon [an individual's] character and reputation and violates his right of

privacy; it violates his dignity as a human being"). Accordingly, Sirockman respectfully

requests that this Court enter an order directing that the arrest records, created as a result of the

indictment on charges that the government failed to prove at trial, be destroyed by each and

every government agency in possession of such records. See Kalish, 271 F. Supp. at 970

("[W]hen an accused is acquitted of the crime or when he is discharged without conviction, no

public good is accomplished by the retention of criminal identification records").


**MARC SIROCKMAN,**

By his attorneys,


    /s/  Tracy A. Miner
Tracy A. Miner, BBO # 547137
McKenzie E. Webster BBO #651204
Mintz, Levin, Cohn, Ferris,
 Glovsky & Popeo, P.C.
One Financial Center
Boston, Massachusetts 02110
(617) 542-6000 (phone)
(617) 542-2241 (fax)


**Dated:** May 22, 2007

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing motion was filed electronically in compliance with ECF procedures on this 22nd day of May 2007.

_/s/ Matthew D. Levitt_

4050304v.1