UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| v. ) | |
| ) | Criminal No. |
| ) | 05-10102-JLT |
| **JOHN BRUENS, MARY STEWART,** ) | |
| **MARC SIROCKMAN, MELISSA VAUGHN** ) | |
| ) | |
| **Defendants.** ) | |

### WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the United States of America in the above-captioned case.

/s/ Susan M. Poswistilo
SUSAN M. POSWISTILO
Assistant U.S. Attorney