UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. 05-10102-JLT |
| | * | |
| JOHN BRUENS, MARY STEWART, | * | |
| MELISSA VAUGHN, and | * | |
| MARC SIROCKMAN, | * | |
| | * | |
| Defendants. | * | |

ORDER

May 29, 2007

TAURO, J.

This court lacks jurisdiction to order the Government to expunge Defendants' arrest records.[1] Accordingly, Defendants' Post-Acquittal Applications for Entry of an Order Directing the Government to Destroy Records Related to Processing by the United States Marshals Service [#187, #188, #189, #191] are DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] See United States v. Coloian, 480 F.3d 47 (1st Cir. 2007).