UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                   CRIMINAL ACTION NO. 05-10102-JLT

MARC SIROCKMAN

## JUDGMENT OF ACQUITTAL

The defendant, **MARC SIROCKMAN** has been found not guilty. It is ORDERED that the defendant **MARC SIROCKMAN** is acquitted, discharged, and any bond exonerated. The defendant is released to go without day.

February 21, 2008

JOSEPH L. TAURO,
U.S. District Judge